# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANSBACH, AN
INDIVIDUAL,
          Appellant,

vs.

HRHH HOTEL/CASINO, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY; AND LVHR CASINO, LLC,
A NEVADA LIMITED LIABILITY
COMPANY, D/B/A HARD ROCK HOTEL
& CASINO,
          Respondents.

No. 70832



FILED

SEP 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

On August 23, 2017, this court entered an order directing appellant, within 15 days, to file the transcript request form or certificate of no transcript request, the docketing statement, and an opening brief in compliance with NRAP 28 and 32 or the informal brief for pro se parties provided by this court. *See* NRAP 9(b), NRAP 14, NRAP 28(k). We cautioned appellant that failure to comply with our order could result in the dismissal of this appeal. *See* NRAP 9(a)(7); NRAP 14(c); NRAP 31(d). To date, appellant has failed to file the documents or otherwise communicate with

17-33190

this court; accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, District Judge
Michael Ansbach
Moran Brandon Bendavid Moran
Eighth District Court Clerk